UNITED STATES BANKRUPTCY COURT
District of New Jersey
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo, Standing Chapter 13 Trustee
CN 4853
Trenton, NJ  08650
609-587-6888

In re:

Allen Williams
Mary Williams

Debtors

Chapter 13 Case No. 14-34014 / KCF

Judge: Kathryn C. Ferguson

# NOTICE OF RESERVE ON UNFILED CLAIM

Creditor:            Singh Real Estate
Trustee Claim ID:    15
Court Claim No:      No Claim Filed -
Claimed Amount:      $24,000.00

Please be advised that a reserve has been placed on the above named claim for the following reason(s):

- The Trustee's disbursement checks have not been cashed by the creditor and the checks have been stale dated.

Unless we receive the information needed or the necessary documents are filed with the Bankruptcy Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

DATED:  1/11/2017

/s/ Albert Russo
Albert Russo
Standing Chapter 13 Trustee